≋AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Dominique Valentino Turner ) | Case No: 1:05-CR-00105-001 |
| ) | USM No: 09338-003 |
| Date of Previous Judgment: 06/14/2006 ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   138   months **is reduced to**   120 mos. on Ct. 2   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

The court imposed a 138 mo. sentence on each of counts Two and Three after a motion for downward departure for substantial assistance was filed. This sentence was 47.5% off the low end of the Guideline range. A similar reduction off the new low end results in a sentence of 110 months; however, the mandatory minimum is 120 months, and the original substantial assistance motion was not made pursuant to 18 USC 3553(e).

**III. ADDITIONAL COMMENTS**

Therefore, a 120 month sentence is imposed on Count Two. Count Three was a money laundering charge, and not subject to a reduction. The sentence on Count Three thus remains 138 months.

Except as provided above, all provisions of the judgment dated   06/14/2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/13/2008

/s/ Callie V. S. Granade
Judge's signature

Effective Date: _____
(if different from order date)

Chief United States District Judge
Printed name and title