IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DOMINIQUE VALENTINO TURNER, :

   Petitioner, :

v. : Civil Action No. 10-0413-CG-C

: Criminal No. 05-0105-CG-C

UNITED STATES OF AMERICA,

   Respondent. :

:

## ORDER

After due and proper consideration of all pleadings in this file, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) issued on February 16, 2011 (Doc. 171) is adopted as the opinion of this court.

**DONE and ORDERED** this 7th day of June, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE