IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DOMINIQUE VALENTINO TURNER, :

   Petitioner, :

v. : Civil Action No. 10-0413-CG-C

  : Criminal No. 05-0105-CG-C

UNITED STATES OF AMERICA,

  :

   Respondent. :

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that the petitioner's motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255 (Doc. 163) is hereby **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2255(f). The court further finds that petitioner is not entitled to a certificate of appealability; therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 7th day of June, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE