# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:05-CR-00105-001 |
| DOMINIQUE VALENTINO TURNER ) | USM No: 09338-003 |
| ) | |
| Date of Original Judgment: 6/14/2006 ) | |
| Date of Previous Amended Judgment: 1/13/2008 ) | Carlos Williams |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  138 months-Count 3  months **is reduced to**  120 months - Count 3 .

Except as otherwise provided, all provisions of the judgment dated  1/13/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  3/29/2013          /s/ Callie V. S. Granade
                                                                *Judge's signature*

Effective Date: _____          United States District Judge
*(if different from order date)*          *Printed name and title*